# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 05-cr-00014-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MINOR MICHAEL STILL,
    a/k/a Michael Still,

    Defendant.

## ORDER GRANTING REQUEST FOR CLARIFICATION

**Blackburn, J.**

The matter before me is the **Request For Clarification of Judgement and Committment** [*sic*] **Issued on June 24, 2005 in Case Number 05-CR-0014-REB** [#60][1] filed *pro se* by the defendant, Minor Michael Still, on October 13, 2011. I grant the request.

Having reviewed the relevant record, including a certified copy of the official transcript [#33] of the sentencing hearing conducted on June 24, 2005, and the related **Judgment in a Criminal Case** [#25] filed July 1, 2005, I find and conclude that the payment of restitution was ordered to commence and be payable during the term of supervised release following the release of the defendant from the custody of the Bureau of Prisons. Thus, the motion should be granted.

---

[1] "[#60]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Request For Clarification of Judgement and Committment** [*sic*] **Issued on June 24, 2005 in Case Number 05-CR-0014-REB** [#60] filed *pro se* by the defendant, Minor Michael Still, on October 13, 2011, is **GRANTED**; and

2. That payment of restitution **SHALL COMMENCE** and **BE MADE** during the term of supervised release following the release of the defendant from the custody of the Bureau of Prisons.

Dated October 18, 2011, at Denver, Colorado.

                                        **BY THE COURT:**

*/s/ Bob Blackburn*
Robert E. Blackburn
United States District Judge